UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANA CHALAS, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

               Plaintiff,

- against -

SUGAR FREEDOM INC.,

              Defendant.

22-cv-3955 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the defendant to respond to the Complaint is extended to July 25, 2022. If the defendant does not respond to the Complaint by that date, then a default judgment may be entered against it. The conference scheduled for July 21, 2022 is **canceled**. The plaintiff should serve a copy of this Order on the defendant and note service on the docket by July 18, 2022.

SO ORDERED.

Dated:    New York, New York
           July 11, 2022

                                          John G. Koeltl
                               United States District Judge